

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK**,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:    Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  April 15, 2015

DISMISSED FOR WANT OF PROSECUTION

On September 23, 2014, appellants Juan Alberto Castillo and Ana L. Perez filed separate notices of appeal from the trial court's August 27, 2014 judgment.  On December 15, 2014, appellants filed separate affidavits of indigency in this court.  By order dated January 20, 2015, we construed the affidavits as motions for extension of time to file the affidavits in the trial court and granted the motions. *See Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). In that same order, we ordered the clerk of this court to send copies of the affidavits and our order to the district clerk, the court reporter, and all parties.  *See* TEX. R. APP. P. 20.1(d)(2).  We further

ordered that anyone who desired to file a contest to the affidavits to file such contests in this court on or before January 30, 2015. No contests were filed. Because no contests were filed, appellants were considered indigent for purposes of this appeal. Both the clerk's record and the reporter's record had been filed in this court. Accordingly, we ordered appellants to file their appellants' briefs in this court on or before January 13, 2015. Neither appellant filed a brief.

Based on the foregoing, on March 20, 2015, we ordered appellant Juan Alberto Castillo and appellant Ana L. Perez to file his and her briefs and written responses reasonably explaining their failures to timely file their briefs in this court on or before March 30, 2015. We advised appellants that if they failed to file their briefs and written responses as ordered, we would dismiss their appeals for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Neither appellant has filed a brief or the written response as ordered by the court.

We therefore **order** this appeal dismissed for want of prosecution. We further **order** that appellee, Compass Bank, recover its costs in this appeal from appellants Juan Alberto Castillo and Ana L. Perez.

PER CURIAM